In the Matter of the Accounting of JOHN P. BUTLER, et al., as Executors of JOHN T. BRADY, Deceased, Respondents.

WILLIAM L. TIERNEY, as Guardian of WILLIAM L. TIERNEY, JR., Appellant.

*Matter of Brady,* 175 App. Div. 929, affirmed.
(Argued March 6, 1917; decided March 20, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 3, 1916, which affirmed a decree of the New York County Surrogate's Court settling the accounts of the executors of John T. Brady, deceased. The propriety of the transfer of a portion of the stock of John T. Brady & Company to John E. Dordan and John P. Butler

forms virtually the sole question on this appeal. The transfer was made by the executors pursuant to an oral agreement entered into by decedent some six years before his death.

*William L. Tierney* for appellant.

*Frederick R. Ryan* and *Roderic Wellman* for respondents.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO and CRANE, JJ. Absent: McLAUGHLIN, J.